■ In the Matter of RUDOLPH ROSSI, Appellant, v LEONARD PORTUONDO, as Superintendent of Shawangunk Correctional Facility, Respondent. [711 NYS2d 340] —Appeal from a judgment of the Supreme Court (Torraca, J.), entered March 25, 1999 in

Ulster County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

The Attorney General has advised this Court by letter that the determination at issue in this proceeding has been administratively reversed and that all references thereto will be expunged from petitioner's institutional record. Inasmuch as petitioner has received all the relief to which he is entitled, the matter is dismissed as moot (see, Matter of Witherspoon v Goord, 243 AD2d 931).

Crew III, J. P., Peters, Spain, Mugglin and Lahtinen, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.